J. FRANK McCABE, SB #48246
500 Sansome Street, Suite 212
San Francisco, California 94111
Telephone: (415) 397-1757
Fax: (415) 433-7258
Jfrank12@aol.com

KAREN SCHRYVER, SB #124939
P.O. BOX 486
Gualala, CA 95445
Telephone: (707) 884-4502
Fax: (707) 884-4951
schryver@wildblue.net

MICHAEL G. MILLMAN, SB #45639
CALIFORNIA APPELLATE PROJECT
One Ecker Place, Fourth Floor
San Francisco, CA 94105
Telephone: (415) 495-0500
Fax: (415) 495-5616
MMillman@capsf.org

Attorneys for Petitioner
STEPHEN LOUIS MITCHAM

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEPHEN LOUIS MITCHAM, ) | Case No. C-97-3825 VRW |
| ) | |
| Petitioner, ) | |
| ) | **[PROPOSED] ORDER UPON** |
| v. ) | **STIPULATION** |
| ) | |
| ROBERT L. AYERS, JR. Acting Warden of ) | |
| California State Prison at San Quentin, ) | **CAPITAL CASE** |
| ) | |
| Respondent. ) | |

      Having considered the stipulation entered into by and between the parties and good cause appearing therefor,

      IT IS HEREBY ORDERED:

      1. That Petitioner shall file an opposition to respondent's motion not later than September 25, 2008;

[PROPOSED] ORDER UPON STIPULATION
Case No. C-97-03825-VRW     -1-

1      2. That respondent shall file a reply not later than November 24, 2008.

Dated: July 22, 2008



_____
HON. _____
CHIEF U_____ JUDGE

[PROPOSED] ORDER UPON STIPULATION
Case No. C-97-03825-VRW      -2-