1  J. FRANK McCABE, SB #48246
   500 Sansome Street, Suite 212
2  San Francisco, California  94111
   Telephone: (415) 397-1757
3  Fax: (415) 433-7258
   Jfrank12@aol.com
4
   KAREN SCHRYVER, SB #124939
5  P.O. BOX 486
   Gualala, CA 95445
6  Telephone: (707) 884-4502
   Fax: (707) 884-4951
7  schryver@wildblue.net

8  MICHAEL G. MILLMAN, SB #45639
   CALIFORNIA APPELLATE PROJECT
9  One Ecker Place, Fourth Floor
   San Francisco, CA  94105
10 Telephone:  (415) 495-0500
   Fax: (415) 495-5616
11 MMillman@capsf.org

12 Attorneys for Petitioner
   STEPHEN LOUIS MITCHAM
13

**FILED** *a*

SEP 1 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

14              IN THE UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16                  SAN FRANCISCO DIVISION

17

18 STEPHEN LOUIS MITCHAM,            )   Case No. C-97-3825 VRW
                                     )
19              Petitioner,          )
                                     )
20         v.                        )   [PROPOSED] ORDER UPON
                                     )   STIPULATION
21 ROBERT L. AYERS, JR., Warden of   )
   California State Prison at San Quentin,  )
22                                   )   **CAPITAL CASE**
                Respondent.          )
23 _____)

24         Having considered the stipulation entered into by and between the parties and good

25 cause appearing therefor,

26         IT IS HEREBY ORDERED:

27         1. That Petitioner shall file an opposition to respondent's motion not later than

28 November 10, 2008;

[PROPOSED] ORDER UPON STIPULATION
Case No. C-97-03825-VRW              -1-        COPIES MAILED TO SUBMITTING COUNSEL

1        2. That respondent shall file a reply not later than January 9, 2009.

2

3   Dated:

4

5                                    HON. VAUGHN R. WALKER
                                     CHIEF UNITED STATES DISTRICT JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER UPON STIPULATION
Case No. C-97-03825-VRW                     -2-