KAREN SCHRYVER, SB #124939
P.O. BOX 486
Gualala, CA 95445
Telephone: (707) 884-4502
Fax:  (707) 884-4951
schryver@wildblue.net

NEOMA D. KENWOOD, SB #101805
P.M.B. #414
1563 Solano Avenue
Berkeley, California 94707
Telephone:  (510) 528-4775
nkenwood@sbcglobal.net

J. FRANK McCABE, SB #48246
P.O. BOX 1759
Burlingame, California  94011
Telephone:  (650) 343-6268
Fax: (650) 579-1391
jfrankmccabe@yahoo.com

MICHAEL G. MILLMAN, SB #45639
CALIFORNIA APPELLATE PROJECT
One Ecker Place, Fourth Floor
San Francisco, CA  94105
Telephone:  (415) 495-0500
Fax:  (415) 495-5616
MMillman@capsf.org

Attorneys for Petitioner
STEPHEN LOUIS MITCHAM

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEPHEN LOUIS MITCHAM, | Case No. C-97-3825 VRW |
| Petitioner, | |
| v. | **STIPULATION TO MODIFY FILING DATES** |
| ROBERT L. AYERS, JR., Warden of California State Prison at San Quentin, | **CAPITAL CASE** |
| Respondent. | |

1 THIS COURT having set a briefing schedule in its Order Upon Stipulation filed September 19, 2008 in which petitioner's opposition to respondent's motion is to be filed not later than November 10, 2008, and counsel for petitioner needing an additional 60 days to file their opposition,

IT IS HEREBY STIPULATED by and between the parties hereto as follows:

1. That Petitioner shall file an opposition to respondent's motion not later than January 9, 2009;

2. Respondent shall file a reply not later than March 10, 2009.

Dated: October 27, 2008.

Respectfully submitted,

KAREN SCHRYVER
NEOMA D. KENWOOD
J. FRANK MCCABE
MICHAEL G. MILLMAN
CALIFORNIA APPELLATE PROJECT

By: /s/
J. FRANK MCCABE
Attorneys for Petitioner
Stephen Louis Mitcham

Dated: October 27, 2008.

EDMUND G. BROWN, JR.
Attorney General of the State of California

By: /s/
RENE A. CHACON
Supervising Deputy Attorney General
Attorneys for Respondent

```
KAREN SCHRYVER, SB #124939
P.O. BOX 486
Gualala, CA 95445
Telephone: (707) 884-4502
Fax:  (707) 884-4951
schryver@wildblue.net

NEOMA D. KENWOOD, SB #101805
P.M.B. #414
1563 Solano Avenue
Berkeley, California 94707
Telephone:  (510) 528-4775
nkenwood@sbcglobal.net

J. FRANK McCABE, SB #48246
P.O. BOX 1759
Burlingame, California  94011
Telephone:  (650) 343-6268
Fax: (650) 579-1391
jfrankmccabe@yahoo.com

MICHAEL G. MILLMAN, SB #45639
CALIFORNIA APPELLATE PROJECT
One Ecker Place, Fourth Floor
San Francisco, CA  94105
Telephone:  (415) 495-0500
Fax:  (415) 495-5616
MMillman@capsf.org

Attorneys for Petitioner
STEPHEN LOUIS MITCHAM
```

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEPHEN LOUIS MITCHAM,<br><br>             Petitioner,<br><br>        v.<br><br>ROBERT L. AYERS, JR., Warden of<br>California State Prison at San Quentin,<br><br>             Respondent. | Case No. C-97-3825 VRW<br><br>[~~PROPOSED~~] ORDER UPON STIPULATION<br><br>**CAPITAL CASE** |

///

1 | Having considered the stipulation entered into by and between the parties and good
2 | cause appearing therefor,
3 | IT IS HEREBY ORDERED:
4 | 1. That Petitioner shall file an opposition to respondent's motion not later than
5 | January 9, 2009;
6 | 2. That respondent shall file a reply not later than March 10, 2009.

Dated:

_____
HON. VAUGHN R. WALKER
CHIEF UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Vaughn R Walker* (seal: United States District Court, Northern District of California)

[PROPOSED] ORDER UPON STIPULATION
Case No. C-97-03825-VRW            -2-