1  KAREN SCHRYVER, SB #124939
   P.O. BOX 486
2  Gualala, CA 95445
   Telephone: (707) 884-4502
3  Email: schryver@wildblue.net

4  NEOMA D. KENWOOD, SB #101805
   P.M.B. #414
5  1563 Solano Avenue
   Berkeley, California 94707
6  Telephone: (510) 528-4775
   nkenwood@sbcglobal.net
7
   MICHAEL G. MILLMAN, SB #45639
8  CALIFORNIA APPELLATE PROJECT
   101 Second Street, Suite 600
9  San Francisco, CA 94105
   Telephone: (415) 495-0500
10 Email: MMillman@capsf.org

11 Attorneys for Petitioner

12 KAMALA D. HARRIS
   Attorney General of the State of California
13 DANE R. GILLETTE
   Chief Assistant Attorney General
14 GERALD A. ENGLER
   Senior Assistant Attorney General
15 RENÉ A. CHACON, SB #119624
   Supervising Deputy Attorney General
16 455 Golden Gate Avenue, Suite 11000
   San Francisco, CA 94102-7004
17 Telephone: (415) 703-5957
   Email: rene.chacon@doj.ca.gov
18
   Attorneys for Respondent
19
                    IN THE UNITED STATES DISTRICT COURT
20
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
21
                           SAN FRANCISCO DIVISION
22
23 STEPHEN LOUIS MITCHAM,         )    CASE NO. C-97-03825-JW
                                  )
24              Petitioner,       )    DEATH PENALTY CASE
                                  )
25 v.                             )
                                  )    [PROPOSED] ORDER
26 VINCE CULLEN, Warden           )    RE: BRIEFING SCHEDULE
   of the California State Prison at San )
27 Quentin,                       )
                                  )
28              Respondent.       )
                                  )
_____

[PROPOSED] ORDER RE: BRIEFING SCHEDULE
Case No. C-97-03825-JW                              1

Having considered the Joint Statement filed by both parties and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1) Petitioner shall file his Supplemental Brief to Claim D (IAC subclaim) addressing the questions in this Court's November 5, 2010 order by April 25, 2011;

2) Respondent shall file a Responsive Brief not later than 30 days from the date of filing of Petitioner's Supplemental Brief;

3) Petitioner shall file a Reply Brief not later than 30 days from the date of filing of Respondent's Responsive Brief.

Dated: March 16, 2011

_____
HON. JAMES WARE
CHIEF UNITED STATES DISTRICT JUDGE