1 | KAREN S. SCHRYVER, SB #124939
P.O. BOX 486
2 | Gualala, CA 95445
Telephone: (707) 884-4502
3 | Fax:  (707) 884-4951
schryver@wildblue.net
4 |
NEOMA D. KENWOOD, SB #101805
5 | P.M.B. #414
1563 Solano Avenue
6 | Berkeley, California 94707
Telephone:  (510) 528-4775
7 | nkenwood@sbcglobal.net
8 | MICHAEL G. MILLMAN, SB #45639
CALIFORNIA APPELLATE PROJECT
9 | 101 Second Street #600
San Francisco, CA  94105
10 | Telephone: (415) 495-0500
Fax: (415) 495-5616
11 | MMillman@capsf.org
12 | Attorneys for Petitioner
STEPHEN LOUIS MITCHAM
13 |
14 |
15 | IN THE UNITED STATES DISTRICT COURT
16 | NORTHERN DISTRICT OF CALIFORNIA
17 | SAN JOSE DIVISION
18 |

19 | STEPHEN LOUIS MITCHAM,          )          Case No. C-97-3825 LHK
                                )
20 |            Petitioner,         )
                                )          [~~PROPOSED~~] ORDER
21 |                                )
KEVIN CHAPPELLE, Warden of     )
22 | California State Prison at San Quentin,  )
                                )
23 |            Respondent.         )          **CAPITAL CASE**
                                )
24 |
25 |
26 |     Having considered the fourth unopposed motion of Petitioner to Modify the Filing
27 | Dates Due to Expected Change in Ninth Circuit Law regarding his Surreply for Claim D and
good cause appearing therefore,
28 |
IT IS HEREBY ORDERED:

1          1. That Petitioner shall file a Surreply to Claim D (IAC subclaim) in his Amended

2  Petition, not later than sixty (60) days after the Ninth Circuit Court of Appeals issues its En

3  Banc decision in *Carrera v. Ayers*, No. 08-99007.

4          2. That Respondent shall file a Response not later than 30 days from the date of filing

5  of Petitioner's Surreply.

6

7  DATED: ___4/23/12___

8

9  _____

10  HON. LUCY H. KOH
   UNITED STATES DISTRICT JUDGE