KAREN S. SCHRYVER, SB #124939
P.O. BOX 486
Gualala, CA 95445
Telephone: (707) 884-4502
Fax: (707) 884-4951
schryver@wildblue.net

NEOMA D. KENWOOD, SB #101805
P.M.B. #414
1563 Solano Avenue
Berkeley, California 94707
Telephone: (510) 528-4775
nkenwood@sbcglobal.net

MICHAEL G. MILLMAN, SB #45639
CALIFORNIA APPELLATE PROJECT
101 Second Street #600
San Francisco, CA 94105
Telephone: (415) 495-0500
Fax: (415) 495-5616
MMillman@capsf.org

Attorneys for Petitioner
STEPHEN LOUIS MITCHAM

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHEN LOUIS MITCHAM, ) | Case No. C-97-3825 LHK |
| ) | |
| Petitioner, ) | [PROPOSED] ORDER |
| ) | |
| KEVIN CHAPPELLE, Warden of ) | |
| California State Prison at San Quentin, ) | |
| ) | |
| Respondent. ) | **CAPITAL CASE** |

Having considered the fifth unopposed motion of Petitioner to Modify the Filing Dates regarding his Surreply for Claim D and good cause appearing therefore,

IT IS HEREBY ORDERED:

1. That Petitioner shall file a Surreply to Claim D (IAC subclaim) in his Amended Petition not later than March 8, 2013, (60 days after January 7, 2013).

2. That Respondent shall file a Response not later than 30 days from the date of filing of Petitioner's Surreply.

DATED: December 28, 2012

*Lucy H. Koh*

HON. LUCY H. KOH
UNITED STATES DISTRICT JUDGE