IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEPHEN LOUIS MITCHAM,

        Petitioner,

    v

KEVIN CHAPPELL, Warden,

        Respondent.

No C-97-3825 LHK

ORDER GRANTING PETITIONER'S SIXTH MOTION TO MODIFY FILING DATES RE: SURREPLY

    The Court has reviewed petitioner's sixth unopposed Motion To Modify Filing Dates Re: Surreply. Good cause appearing, petitioner's motion is GRANTED. Petitioner shall file a surreply to claim D (ineffective assistance of counsel subclaim) no later than May 7, 2013. Respondent shall file a response no later than 30 days from the date of service of petitioner's surreply. Future extension requests in this matter shall be disfavored.

    IT IS SO ORDERED.

DATED: March 6, 2013

LUCY H. KOH
United States District Judge