```
 1  KAREN S. SCHRYVER, SB #124939
    P.O. BOX 486
 2  Gualala, CA 95445
    Telephone: (707) 884-4502
 3  Fax:  (707) 884-4951
    schryver@wildblue.net
 4
    NEOMA D. KENWOOD, SB #101805
 5  P.M.B. #414
    1563 Solano Avenue
 6  Berkeley, California 94707
    Telephone:  (510) 528-4775
 7  nkenwood@sbcglobal.net

 8  MICHAEL G. MILLMAN, SB #45639
    CALIFORNIA APPELLATE PROJECT
 9  101 Second Street #600
    San Francisco, CA  94105
10  Telephone: (415) 495-0500
    Fax: (415) 495-5616
11  MMillman@capsf.org

12  Attorneys for Petitioner
    STEPHEN LOUIS MITCHAM
13
```

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHEN LOUIS MITCHAM, ) | Case No. C-97-3825 LHK |
| ) | |
| Petitioner, ) | [~~PROPOSED~~] ORDER |
| ) | |
| KEVIN CHAPPELL, Warden of ) | |
| California State Prison at San Quentin, ) | |
| ) | |
| Respondent. ) | **CAPITAL CASE** |

Having considered the sixth unopposed motion of Petitioner to Modify the Filing Dates regarding his Surreply for Claim D and good cause appearing therefore, IT IS HEREBY ORDERED:

1. That Petitioner shall file a Surreply to Claim D (IAC subclaim) in his Amended Petition not later than June 6, (30 days after May 7, 2013).

2. That Respondent shall file a Response not later than 30 days from the date of filing of Petitioner's Surreply.

DATED: 4/30/13

*Lucy H. Koh*

HON. LUCY H. KOH
UNITED STATES DISTRICT JUDGE