KAREN S. SCHRYVER, SB #124939
P.O. BOX 486
Gualala, CA 95445
Telephone: (707) 884-4502
Fax: (707) 884-4951
schryver@wildblue.net

NEOMA D. KENWOOD, SB #101805
P.M.B. #414
1563 Solano Avenue
Berkeley, California 94707
Telephone: (510) 528-4775
nkenwood@sbcglobal.net

MICHAEL G. MILLMAN, SB #45639
CALIFORNIA APPELLATE PROJECT
101 Second Street #600
San Francisco, CA  94105
Telephone: (415) 495-0500
Fax: (415) 495-5616
MMillman@capsf.org

Attorneys for Petitioner
STEPHEN LOUIS MITCHAM

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHEN LOUIS MITCHAM,<br><br>Petitioner,<br><br>KEVIN CHAPPELL, Warden of<br>California State Prison at San Quentin,<br><br>Respondent. | Case No. C-97-3825 LHK<br><br>[PROPOSED] ORDER<br><br>**CAPITAL CASE** |

Having considered the sixth unopposed motion of Petitioner to Modify the Filing Dates regarding his Surreply for Claim D and good cause appearing therefore, IT IS HEREBY ORDERED:

1. That Petitioner shall file a Surreply to Claim D (IAC subclaim) in his Amended Petition not later than June 6, (30 days after May 7, 2013).

2. That Respondent shall file a Response not later than 30 days from the date of filing of Petitioner's Surreply.

DATED: 4/30/13

*Lucy H. Koh*

HON. LUCY H. KOH
UNITED STATES DISTRICT JUDGE