IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEPHEN LOUIS MITCHAM,** | Case No. C-97-3825 LHK |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| **KEVIN CHAPPELL, Warden,** | **CAPITAL CASE** |
| Respondent. | |

Having considered respondent's Unopposed Motion to Modify the Filing Date regarding the Response to the Surreply, and good cause appearing therefore, IT IS HEREBY ORDERED:

Respondent shall file a Response to the Surreply not later than August 8, 2013.

Dated:   7/8/13

LUCY H. KOH
United States District Judge