IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEPHEN LOUIS MITCHAM,** | Case No. C-97-3825 LHK |
| Petitioner, | [~~PROPOSED~~] **ORDER** |
| v. | |
| **KEVIN CHAPPELL, Warden,** | |
| Respondent. | |

Having considered respondent's Unopposed Motion to Modify the Filing Dates regarding the Response to the Surreply, and good cause appearing therefore, IT IS HEREBY ORDERED:

Respondent shall file a Response to the Surreply not later than September 6, 2013.

Dated:   8/20/13                              *Lucy H. Koh*
                                              LUCY H. KOH
                                              United States District Judge

1