# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN LOUIS MITCHAM,<br><br>                  Petitioner,<br><br>v.<br><br>KEVIN CHAPPELL,<br>Warden of San Quentin State Prison,<br><br>                  Respondent. | Case Number 97-3825 LHK<br><br><u>DEATH-PENALTY CASE</u><br><br>ORDER DIRECTING PETITIONER TO FILE REPLY |

The Court hereby directs petitioner to file a reply to respondent's response regarding the ineffective assistance of counsel subclaim of claim D, filed on September 4, 2013. (Docket No. 403.) Petitioner's brief is due on November 25, 2013.

IT IS SO ORDERED.

DATED: 9/19/13

*Lucy H. Koh*
LUCY H. KOH
United States District Judge