1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN LOUIS MITCHAM<br><br>Petitioner,<br><br>v.<br><br>RON DAVIS, Acting Warden of California State Prison at San Quentin,<br><br>Respondent. | Case No. 97-CV-03825-LHK<br><br>**JUDGMENT** |

17    Pursuant to this Court's Order of May 1, 2015, (ECF Doc. No. 409), and previous Orders in

18  this matter, the petition for a writ of habeas corpus is GRANTED on the basis of claim D's subclaim

19  of ineffective assistance of counsel, and petitioner's judgment of conviction and sentence of death

20  are VACATED.  The State of California shall either release or retry petitioner, in compliance with

21  California state law and the United States Constitution.  Petitioner's remaining claims are dismissed

22  as moot.

23  **IT IS SO ORDERED.**

24

25  DATED: June 1, 2015                    _Lucy H. Koh_

26                                         LUCY H. KOH
                                           UNITED STATES DISTRICT COURT
27

28  Case No. 97-CV-03825-LHK
    JUDGMENT